IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TIFFANY BAIRD,

                    Plaintiff,

          vs.

AUTOZONERS, LLC,

                    Defendant.

**8:20CV341**

**ORDER OF DISMISSAL**

          This matter comes before the Court upon the parties' Motion to Dismiss (Filing No. 46).  Upon consideration of the pleading, the Court finds that the Motion to Dismiss in the above captioned action should be granted.

          IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is hereby dismissed with prejudice, each party to bear their own costs and attorney's fees.

          Dated this 19th day of January, 2022.

                                        BY THE COURT:


                                        s/ Joseph F. Bataillon
                                        Senior United States District Judge